May-09-2007  05:41pm  From-HUNTINGTON BANK    616 7869683    T-446  P.002/002  F-121

| Run Date: 9-May-07 | Transaction Detail Report | Page: 1 |
|---|---|---|
| Run Time: 3:20 PM | | User Name: JWRIGHT |

BNK: HOH    SND DATE: 040106    VAL: 040106    TRN: 040106-001761
AMT: $50,000.00             CUR: USD        FOR AMT: 50,000.00
SRC: INT    ADV: FED    TYP: FTR    LOC: MTRANS    CHECK NUM:

DBT: D/02152772129                           CDT: A/071901112
ACC: D/02152772129    ON FILE: N             ACC: G/11301555555    ON FILE: N
DEPT:                 CTRY:                  DEPT:                 CTRY:
HERBERT R ELDEAN                             CIB BANK
THE HERBERT R ELDEAN TRUST                   RANTOUL, IL
1 ELDEAN DR
MACATAWA MI 49434                            BNF: /648450    BK: N
                                             ECHELON INSURANCE SERVICES
SEND: B/320000
ZEELAND OFFICE OF HNB MICHIGAN               ORIG TO BNF INFO:
SNDR REF NUM:                                KATHY WARD PHN/815-464-4900

EXHIBIT
D

**07 C 6582**    **JUDGE ANDERSEN**
**MAGISTRATE JUDGE SCHENKIER**

# Huntington

**The Huntington National Bank**
**Wire Transfer / Draft Request Form**

(1) Today's Date: 1 / 6 / 04    Time: ___ : ___
(2) Value Date: ___ / ___ / ___

**(3) Order Form for (check one):**

US$ Domestic Wire Transfer ✓
US$ International Wire Transfer ☐
To initiate a US$ wire transfer call
1 (800) 835-5252 Option 1    1 (614) 480-8384 Option 1

Foreign Exchange Draft ☐
Foreign Exchange Wire Transfer ☐
For a current rate, or to initiate a foreign exchange transfer call
1 (800) 835-5252 Option 2    1 (614) 480-8384 Option 2
or fax this form to Foreign Exchange Desk @ 1 (614) 480-3465

**(4) Banking Office Information (complete all fields):**
Banking Office Representative: Jon Cornbay
Banking Office Phone Number: 616-555-2001
Banking Office: Zeeland
Interoffice Mail Code: MI361
FICS Code (for FX only): 222

**(5) Customer Verification (a) and Source of Funds (b)**
(a) HNB account #: 02152722627
FX requests can only debit a DDA or a savings account
(b) Debit HNB account # ☐
- or -
GL Number: _____ ☐
GL Numbers are not acceptable for Foreign Exchange. GL Numbers should only be used with USD transfers from CD, IRA, or PCL. Photocopy of item required.

**(6) Originator Information (complete all fields):**
Customer Account Name: Herb Eldean
Customer Account Address: 1 Eldean Dr
P.O. is not acceptable.    Macatawa, MI 49456
Customer Telephone Number: (___) ___-____
If Foreign Currency Draft, send to:
☐ Address above
☐ Interoffice Zip _____
☐ Third Party Address (below)
Alternate mailing address for draft: _____
Recipient Phone Number: (___) ___-____
(required for overnight)

**(7) Beneficiary Information (complete all fields):** 02190112
Beneficiary Bank ID (routing #): _____
(ABA if domestic, SWIFT if international)
Beneficiary Bank Name: CIB Bank
Beneficiary Bank Address: _____
(street address or branch # or name)
Beneficiary Account Name: _____
Beneficiary Account Number: _____
Special Instructions: Credit to Echelon
In Services
Acct # 648450 Rest.
Kath W.B.rb
815-469-2500

**(8) Transfer Amount & Fees (check US$ or FX)**
(a) US$ ☐ (International and Domestic US$ payments)
Amount of wire transfer: $ 5,000.00
Fee: +$ 0.00
Total debit amount: =$ 5,000.00

(b) FX ☐ (Foreign Exchange)
Type of currency: _____
Amount of wire/draft in FX: _____
Rate: _____
(Multiply by rate for AUD, GBP, NZD & EUR. All others, divide by rate.)
US$ equivalent: =$
Fee: +$
Total debit amount: =$

**(9) FX Use Only:**
Confirmation Date / Time: _____
Confirmation Person: _____
Correspondent Bank: _____
Funds Guaranteed: _____

**(10) Authorization (required):**
Customer's signature X: [signature]
Confirmation #: 76

**Research requests / Inquiries:**
Customer:    Please direct all research requests and inquiries to your local Huntington Banking Office or Account Officer.
Banking Office:    Please submit all research requests via the Customer Research System, and all other inquiries to 1 (800) 835-5252.

Yellow - Customer Copy

CIB Bank

ABA # 071901112

Credit to Echelon Ins Services

Ac # 648450 Ref

50,000.00  Kathy Wang
815-464-4900

02152772129