U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6582**

In the Matter of                                Case Number:

Eldean v Echelon et al.

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Herbert Eldean

**LI**

| NAME (Type or print) |
| --- |
| Elliot S. Wiczer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Elliot S. Wiczer |
| FIRM |
| Wiczer & Zelmar, LLC |
| STREET ADDRESS |
| 500 Skokie Blvd. |
| CITY/STATE/ZIP |
| Northbrook, Illinois 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6208432 | 847-849-4800 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐