IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT ELDEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 C 6582 |
| | ) | |
| ROGER MITCHELL, LAURENCE LACAILLADE, ECHELON GROUP, INC., an Illinois corporation, ECHELON INSURANCE SERVICES, INC., an Illinois corporation, and ECHELON PROPERTY AND CASUALTY INSURANCE COMPANY, INC., an Illinois corporation, | ) ) ) ) ) ) ) ) | Judge Andersen

Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See Attached Service List

    PLEASE TAKE NOTICE that on April 3, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen, in Courtroom 1403, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion For Default Judgment Pursuant to F.R.C.P. 55(a)(2), a copy of which is hereby served upon you.

                                                          /s/Elliot S. Wiczer

Elliot S. Wiczer
WICZER & ZELMAR, LLC
500 Skokie Blvd., Suite 350
Northbrook, IL  60062
(847) 849-4800
Attorney Id. Number:  06208432

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and Motion were served upon all counsel named above by depositing the same in the US Mail at 500 Skokie Boulevard, Northbrook, Illinois, before 5:00 p.m. on March 24, 2008, with proper first class postage being prepaid; or by sending the same via electronic transmission courtesy of the CM/ECF system for the Clerk of the United States District Court for the Northern District of Illinois.

                                                                        /s/ Elliot S. Wiczer

SERVICE LIST

Anthony E. Cascino, Jr., President
Echelon Insurance Services
875 N. Michigan Ave., Suite 1430
Chicago, IL 60611

Laurence Lacaillade
1515 N. State Parkway
Chicago, IL 60610

Roger Mitchell
2 Bratenahl Place, Apt. 5B
Cleveland, OH 44108