# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 7 C 6582 | DATE | 3/31/2008 |
| CASE TITLE | Herbert Eldean vs. Roger Mitchell et al | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation to dismiss, defendants Echelon Group, Inc. and Echelon Property and Casualty Insurance Company, Inc. are dismissed with prejudice and without costs

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | TSA |
|---|---|---|