IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HERBERT ELDEAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROGER MITCHELL, LAURENCE )<br>LACAILLADE, ECHELON GROUP, INC., an )<br>Illinois corporation, ECHELON INSURANCE )<br>SERVICES, INC., an Illinois corporation, and )<br>ECHELON PROPERTY AND CASUALTY )<br>INSURANCE COMPANY, INC., an Illinois )<br>corporation, )<br>)<br>Defendants. ) | Case No. 07 C 6582<br><br>Judge Andersen<br><br>Magistrate Judge Schenkier |

## STIPULATION TO DISMISS AS AGAINST ECHELON GROUP, INC. AND ECHELON PROPERTY AND CASUALTY INSURANCE COMPANY, INC.

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above captioned matter, acting through their respective attorneys, that the instant cause of action be dismissed with prejudice as against Echelon Group, Inc. and Echelon Property and Casualty Insurance Company, Inc., and without costs to either party, all costs having been paid and all matters in controversy between the Plaintiff and Echelon Group, Inc. and Echelon Property and Casualty Insurance Company, Inc., for which said action was brought having been fully settled, compromised, and adjourned.

HERBERT ELDEAN

| /s/Elliot S. Wiczer | /s/Kevin Conway |
|---|---|
| Elliot S. Wiczer, Esq. | Kevin Conway, Esq. |
| Attorney for Plaintiff | Attorney for Defendants |
| March 24, 2008 | March 24, 2008 |
| Date | Date |

SO ORDERED:

Enter: _____

Date: March 31, 2008

Elliot S. Wiczer
Wiczer & Zelmar, LLC
Attorney for Defendants
500 Skokie Boulevard, Suite 350
Northbrook, IL 60062
(847) 849-4800
ARDC No. 0620 8432