Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6582 | **DATE** | 4/11/2008 |
| **CASE TITLE** | Herbert Eldean vs. Robert Mitchell et al | | |

**DOCKET ENTRY TEXT**

Enter judgment order. Judgment is entered in favor of the plaintiff, Herbert Eldean and against defendants, Laurence Lacaillade, Roger Mitchell and Echelon Insurance Services, Inc. Jointly and severally in the amount of $355,000.00

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials:  TSA