IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HERBERT ELDEAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROGER MITCHELL, LAURENCE )<br>LACAILLADE, ECHELON GROUP, INC., an )<br>Illinois corporation, ECHELON INSURANCE )<br>SERVICES, INC., an Illinois corporation, and )<br>ECHELON PROPERTY AND CASUALTY )<br>INSURANCE COMPANY, INC., an Illinois )<br>corporation, )<br>)<br>Defendants. ) | Case No. 07 C 6582<br><br>Judge Andersen<br><br>Magistrate Judge Schenkier |

### JUDGMENT ORDER

This cause coming to be heard on this Court's call on Plaintiff, Herbert Eldean's Motion For Default the Court being fully advised in the premises, the Defendants, Laurence Lacaillade, Roger Mitchell and Echelon Insurance Services, Inc. ("Defendants") having failed to appear, answer and/or otherwise plead and the court having previously found the aforesaid Defendants in default.

It is hereby ordered that:

Based upon the Affidavit of Herbert Eldean judgment is entered in favor of Plaintiff, Herbert Eldean in the sum of $355,000.00 as against the Defendants, Laurence Lacaillade, Roger Mitchell and Echelon Insurance Services, Inc. jointly and severally.

Dated: April 11, 2008

JUDGE: _____

This order is prepared by:
Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
500 Skokie Boulevard, Suite 350
Northbrook, IL 60062
(847) 849-4800