## United States District Court for the Northern District of Illinois

Case Number: 07CV6582          Assigned/Issued By: DAJ

Judge Name: ANDERSEN          Designated Magistrate Judge: SCHENKIER

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                        _____
☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

__1__ Original and __1__ copies on __08/25/08__ as to __NORTHERN TRUST__
                                    (Date)
(THIRD PARTY). NO NOTICE FILED _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05