

## United States District Court for the Northern District of Illinois

Case Number: 07CV6582       Assigned/Issued By: DAJ

Judge Name:                  Designated Magistrate Judge:

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☑ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

2 Original and 2 copies on 08/25/08 as to ROGER MITCHELL,
                          (Date)
LAURENCE LACAILLADE.

C:\wpwin80\docket\feeinfo.frm   03/14/05