## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 07CV6582                Assigned/Issued By: J. N.

Judge Name:                          Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                      ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

                               *(Victim, Against and $ Amount)*

☑ Citation to Discover Assets

☐ Writ _____         ☐ Other
       *(Type of Writ)*         _____
                               *(Type of issuance)*

3    Original and 3    copies on 8-29-08    as to NORTHERN TRUST;
                               *(Date)*
LAURENCE LACAILLADE; ROGER MITCHELL ( NOTICES FILED)

_____