# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of	Case Number: 07 C 6582

HERBERT ELDEAN v.

ROGER MITCHELL, LAURENCE LACAILLADE,
ECHELON GROUP, INC., ECHELON INSURANCE
SERVICES, ECHELON PROPERTY AND CASUALTY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Herbert Eldean

| |
|---|
| NAME (Type or print)<br>Tressa A. Pankovits |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Tressa A. Pankovits |
| FIRM<br>Wiczer & Zelmar, LLC |
| STREET ADDRESS<br>500 Skokie Boulevard, Suite 350 |
| CITY/STATE/ZIP<br>Northbrook, Illinois, 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290401 | TELEPHONE NUMBER<br>847/849-4800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐