## ANSWER

_____The Northern Trust Company_____, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ __194.36__

B) Checking and/or Now Account (Amount withheld) $ _____

C) Certificate of Deposit (Amount held) $ _____

D) Money Market Account (Amount withheld) $ _____

E) Trust Account (Amount held) $ _____

F) Safety Deposit Box $ _____

G) No Accounts _____

H) Adverse Claimant: Name _____ Address _____

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

_____

FILED
SEP 10 2008
Sep 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Attach a sheet for any additional information required by the Citation

Sub Total _____

Less right of offset for other loans _____

Less deduction for fees limited by
205 ILCS 5/48.1      _____

Total  $194.36

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

Agent for Citation Respondent: _Maureen A. Mohr_
on oath state.



## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HERBERT ELDEAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07 C 6582 |
| ROGER MITCHELL, LAURENCE LACAILLADE, ECHELON GROUP, INC., an Illinois corporation, ECHELON INSURANCE SERVICES, INC., an Illinois corporation, and ECHELON PROPERTY AND CASUALTY INSURANCE COMPANY, INC., an Illinois corporation, | ) Judge Andersen ) ) Magistrate Judge Schenkier |
| Defendants. | ) |

### AMENDED CITATION TO DISCOVER ASSETS TO THIRD PARTY

**To: NORTHERN TRUST**

YOU ARE REQUIRED to appear and file your answer to this Citation on the form appearing here on September 11, 2008 at 9:00 a.m., in Courtroom 1403 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois 60603.

Judgment was entered April 11, 2008 for Herbert Eldean and against Laurence Lacaillade, Roger Mitchell and Echelon Insurance Services, Inc., jointly and severally, in the sum of $ $355,000.00.

There is now due less credits and set off the sum of $355,000.00.

Your answer will inform the Court as to property you may hold belonging to: Roger A. Mitchell.

YOU ARE REQUIRED to do the following upon receiving this Citation until Further Order of Court in accordance with Supreme Court Rule 277 (f), or until this Citation is dismissed by the Court or by Stipulation:

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he/she may he entitled or which may be acquired by or become due to him/her, until further order or court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment

WARNING: YOUR FAILURE TO COMPLY WITH THE CITATION PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE UNSATISFIED AMOUNT OF THIS JUDGMENT. 735 ILCS 5/2-1402(d)(1).

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount $ 355,000.00.

2. Name of the court United States District Court for the Northern District of Illinois, Eastern Division.

3. Case# 2007 C 6582

I, the undersigned certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the following information is true.

Atty. No.: 6290401
Name: Tressa A. Pankovits            Signature
Atty. For: Herbert Eldean
Address: 500 Skokie Blvd., Ste. 350 Northbrook, IL 60062
Telephone: (847) 849-4800

MICHAEL W. DOBBINS, Clerk of the Court        Deputy Clerk:

AUG 2 9 2008